IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MARTHA A. RODRIGUEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>                    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:11-cv-29 CW-PMW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Paul M. Warner |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Paul M. Warner under 28 U.S.C. § 636(b)(1)(B). The case involves an appeal of Michael J. Astrue's (the "Commissioner") final decision that plaintiff Martha A. Rodriguez is not eligible for Disability Insurance Benefits. On September 17, 2012, Judge Warner issued a Report and Recommendation, recommending that the Commissioner's decision be affirmed. Plaintiff filed no objection to the Report and Recommendation. Having reviewed the record, the court hereby APPROVES AND ADOPTS Judge Warner's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear one's own costs.

SO ORDERED this 15th day of October, 2012.

BY THE COURT:

_____

Clark Waddoups
United States District Judge